DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRE PAGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1065

_____

September 22, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.